The People of the State of New York, Respondent, v. Ellwood M. Rabenold, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Helen Melia and James Melia, Appellants, v. Garage Town, Inc., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.